United States District Court
Southern District of Texas
**ENTERED**
August 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRIMO DOORS, LLC | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 4:23-cv-00176 |
| ZAC MURTHA, and PRIMO CONSTRUCTION RESOURCES, LLC | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW before the Court is the Stipulation of Dismissal With Prejudice submitted by plaintiff Primo Doors, LLC ("Plaintiff") and defendants Zac Murtha and Primo Construction Resources, LLC ("Defendants"). Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between Plaintiff and Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This action including all claims and counterclaims is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

2. Each party shall bear its own costs and attorneys' fees.

3. The Court retains jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

SO ORDERED this 18th day of August, 2023.

Andrew S. Hanen
United States District Judge